An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JAREAL EDWARDS,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68826

**FILED**

OCT 15 2015


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus and/or prohibition. Petitioner challenges the district attorney's charging practices and requests his guilty plea be vacated. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Jareal Edwards
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31443